

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA WEAVER,

    Plaintiff,

v.

ALLSTAR BUILDING MATERIALS, INC.

    Defendant.

_____/

Case No:

6:08-cv-510-oRC-28 ⟨es⟩

## COMPLAINT AND DEMAND FOR JURY TRIAL

    COMES NOW, the Plaintiff, Joshua Weaver (hereinafter referred to as "Mr. Weaver"),

by and through his undersigned counsel and sues the Defendant, Allstar Building Materials, Inc.

(hereinafter referred to as "ABM"), and states as follows:

### INTRODUCTION

    1.    This is an action by Plaintiff Mr. Weaver against his former employer for unpaid

wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff Mr. Weaver seeks damages

and a reasonable attorney's fee.

    2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section

201, et. seq. The Court has jurisdiction over FLSA claims pursuant to 29 U.S.C. Section 216(b),

and for the state law claim under the doctrine of pendent jurisdiction.

### VENUE

    3.    The venue of this Court over this controversy is proper based upon the claim arising

in Ormond Beach, Florida.

SCANNED

## PARTIES

4.      Plaintiff was at all times material, employed by Defendant ABM, located in Ormond Beach, Volusia County, Florida from approximately October 2007 through November 2008, as a carpenter laborer.

5.      The Defendant ABM, is a Florida corporation operating a building materials sales company in both Ormond Beach and Green Cove Springs, Florida. According to its website, Defendant ABM "provide materials and service to hundreds of customers across Northeast Florida and Georgia."[1] Defendant ABM is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provision of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff Mr. Weaver was employed.

6.      Plaintiff Mr. Weaver was an employee of Defendant ABM and, at all times relevant to violations of the FLSA was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7.      Alternatively, Defendant ABM is an enterprise engaged in commerce of in the production of goods and service for commerce as defined by 29 U.S.C. Section 203(s)(1).

8.      Plaintiff Mr. Weaver has retained Jason L. Harr, P.A. to represent him in this matter and has agreed to pay said firm a reasonable attorney's fee for its service.


## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

---

[1] http://www.allstarbuilding.com/index.html

-2-

9.    Plaintiff Joshua Weaver realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above.

10.    Through the employment of Plaintiff Mr. Weaver, the Defendant ABM repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff Mr. Weaver at a rate not less than one and one-half times the regular rate at which he was employed for work weeks longer than forth (40) hours.  Specifically, Plaintiff worked numerous weeks in excess of forty (40) house a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff, Joshua Weaver demands a judgment against Defendant, Allstar Building Materials, Inc., for the following:

(a)    Unpaid overtime wages found to be due and owing;

(b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)    Prejudgment interest in the event liquidated damages are not awarded;

(d)    A reasonable attorney's fee and costs; and

(e)    Such other relief as this Court deems just and equitable.


## JURY TRIAL

Plaintiff, Joshua Weaver demands a jury trial on all issues to triable.

Dated:  April 2, 2008.

Respectfully submitted,

-3-

JASON L. HARR, ESQUIRE
Florida Bar No.: 0194336
JASON L. HARR, P.A.
1326 South Ridgewood Avenue
Suite One
Daytona Beach, Florida 32114
Telephone: (386) 226-4866
Telefax: (386) 226-4886
Email: jasonharr@harrlawfirm.com
TRIAL COUNSEL FOR
PLAINTIFF JOSHUA WEAVER