UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA WEAVER,

    Plaintiff,

v.                                      Case No.:  6:08-cv-510-Orl-28KRS

ALLSTAR BUILDING MATERIALS, INC.

    Defendant.
_____/

## AFFIDAVIT OF THOMAS CROWE

1. I am over the age of eighteen, born on March 21, 1950 and have personal knowledge of the events contained in this Affidavit.

2. I am the President of ALLSTAR BUILDING MATERIALS, INC. ("ABM") and have been since its incorporation in 1987.

3. ABM has not had any FLSA claim brought against it until the three cases were filed by the same Plaintiffs' attorney: Joshua Balzarano v. Allstar Building Materials, Inc., Case No.: 6:08-cv-281-Orl-31 GJK; David Knight v. Allstar Building Materials, Inc., Case No.: 6:08-cv-457-Orl-22-DAB and Joshua Weaver v. Allstar Building Materials, Inc., Case No.: 6:08-cv-510-Orl-28KRS.

4. ABM has an open door policy which is stated in its Employee Handbook which is distributed to each employee. There is a procedure in place to resolve employee concerns such as not being paid properly. If a situation like the pay dispute is not resolved to the employees' satisfaction by a manager/supervisor, the employee is supposed to come into my office and

1

talk about any question, complaint or problem of any kind that is not resolved. The relevant page of our handbook is attached as Exhibit A to my affidavit.

5. ABM has a written policy in its Employee Handbook of paying overtime pay in accordance with the Fair Labor Standards Act ("FLSA"). Overtime is paid to non-exempt hourly employees for any hours worked exceeding forty (40) hours a week. Payment is made at 1 and ½ times the employee's regular hourly rate. The relevant page of our handbook is attached as Exhibit B to my affidavit and the Handbook Receipt and Acknowledgement signed by Mr. WEAVER is attached as Exhibit C to my affidavit.

6. None of the Plaintiffs, which include Mr. WEAVER, ever spoke to me to tell me they were being short paid or not being paid overtime they worked.

7. Employees at ABM had a choice to either drive their own vehicle to a job site outside the county or ride in an ABM pickup or box truck to save their personal money.

8. All employees riding in an ABM box truck or pickup truck to and from a job site at ABM voluntarily agreed to do so.

9. Employees, such as JOSHUA WEAVER chose to ride in an ABM box truck or pickup truck to jobs outside Volusia County because they wanted to save gas money and wear and tear on their personal vehicles.

10. Building materials were delivered to the job site by our large material delivery trucks and ready for use by my employees when they arrived for work at the job site (See Exhibits D and E). These are not the trucks the Plaintiff's rode in for out of county jobs.

11. While I don't have personal knowledge of whether Mr. WEAVER, a laborer, loaded trucks prior to leaving on job sites, I do know that the drivers of the box truck or pickup truck were

paid for loading any miscellaneous tools or materials and driving to the job site. If an ABM employee performed non primary activities prior to being driven to the job site, it was minimal. These activities would include loading their own tools into the truck. At times, it may be necessary for an ABM employee like a carpenter, to have their own tools available to perform the job for which they were employed. Mr. Weaver was a laborer. All other tools were available either at the job site and the bulk of materials delivered by our material delivery trucks. If tools were brought on the box truck or pickup truck, they were left on that truck at ABM and secured with that truck for the next business day's trip to the job site. An example would be a portable air compressor or portable generator.

12. If Mr. WEAVER was the driver and drove to a job site in an ABM truck, it was the policy of ABM to pay the driver for driving.

13. During this litigation and the litigation of other two plaintiffs, it was brought to my attention that some time sheets from these employees, which also had some overlapping time periods among these three Plaintiffs, were missing from our records.

14. However, we had payroll records for all of those periods which include the hours the plaintiffs worked.

15. I instructed my superintendent, Mark Heino, to search for these missing time sheets and he was unsuccessful.

16. I then instructed my office manager, Kathy McIlrath, who handles payroll and accounts payables/receivables to search for them and she was unsuccessful.

17. I never instructed anyone, nor do I know of any intentional destruction of these records by an ABM employee, as I would never permit such conduct.

18. Over the years, I estimate that ABM has employed approximately 700 different people. In 2006, I estimate that ABM employed approximately 180 people.

FURTHER, AFFIANT SAYETH NAUGHT.



TOM CROWE

The foregoing Affidavit was acknowledged before me, this __16__ day of July, 2009, by Tom Crowe, [✓] who is personally known to me or [ ] who has produced a driver's license as identification, and who acknowledged that he executed the foregoing statement as his free act and deed.

[SEAL]

Kathleen R. Bridges
NOTARY PUBLIC, IN AND FOR STATE OF FLORIDA

KATHLEEN R. BRIDGES
MY COMMISSION # DD 641102
EXPIRES: February 15, 2011
Bonded Thru Budget Notary Services

4

# COMMUNICATION

### Open Door Policy
The Company has an "open door" policy. Questions, complaints, or problems of any kind including those related to issues of harassment and discrimination should be directed to your immediate Manager/Supervisor. If the issue is not resolved to the employee's satisfaction, then employees should follow the Company's Procedure for Complaints and Disputes (see below).

### Policy of Fair Treatment
It is the Company's policy that every employee, regardless of position, is treated with respect and in a fair and just manner. In keeping with this policy, all persons will be considered for employment, promotion, and training on the basis of their qualifications without regard to race, ethnicity, religion, sex, culture, sexual orientation, age, marital status, or handicap. The Company makes a conscientious effort to see that all of its employees are treated fairly and are highly satisfied in their relationships with each other.

### Conflicts
If conflict develops between employees or between employees and their Manager/Supervisor, try to find a solution by speaking directly to that person or persons. If attempts at a solution fail, employees should discuss the matter with their immediate Manager/Supervisor. If all efforts fail, employees are encouraged to utilize the *Procedure for Complaints and Disputes* outlined below.

Unspoken and unresolved conflicts can grow to a point where they affect operations and employee morale. The Company is committed to job satisfaction and encourages employees to utilize the policies in place to ensure that the work environment is pleasant and productive.

### Procedures for Complaints and Disputes
The three steps listed below are to be followed when employees have complaints or other issues they feel are disrupting the working environment. These three steps should not be taken out of order. If an employee does not want to discuss a complaint or problem directly with his or her immediate Manager/Supervisor, then the employee may seek higher authority. It is the policy of the Company that all employees' suggestions and complaints be given full consideration.

Step 1: Discuss issues directly with person or persons involved, keeping in mind that profane language and disrespectful attitudes are <u>not helpful</u> in resolving issues.

Step 2: Discuss the issues with your direct Manager/Supervisor.

Step 3: Initiate a meeting with the HR Coordinator, who may be in consultation with your direct Manager/Supervisor and the Company President.

9



# COMPENSATION

### Wages
The Company recognizes and appreciates the efforts of its employees and it understands the significant contribution their efforts represent to our continued success. The Company strives to pay salaries that are competitive within the industry and community. Wage levels are based on:
- Knowledge and ability
- Education
- Work history
- Length of service
- Annual performance evaluations
- Variety and scope of responsibilities
- Physical or mental demands
- Attitude
- Disciplinary history

### Paydays
The pay week of the Company begins on Sunday and ends on Saturday. Paychecks are distributed to employees each Friday following that week. Each employee's paycheck will be distributed at the end of your shift. Salary employees receive paychecks biweekly, as opposed to weekly.

Employees are encouraged to utilize direct deposit into their banks and need to see the payroll office in order to complete the proper procedures.

Payroll advances or loans in any amount are discouraged and are at the sole discretion of the Company President.

### Overtime Pay
In accordance with the Fair Labor Standards Act (FLSA), overtime will be paid to non-exempt (hourly) employees for hours worked exceeding forty (40) hours per week. Payment for overtime will be 1 1/2 times the regular hourly rate.

### Payroll Deductions
Various deductions are made from an employee's pay each payday or as frequently as necessary to comply with federal and state laws pertaining to taxes and insurance. Required deductions include Federal Withholding Tax, Social Security Contributions (FICA/OASDI), and lawful garnishments. Voluntary deductions include Benefit plan contributions (health and/or dental coverage) and 401(k) savings plan contributions.

Employees with any questions regarding these deductions should contact the payroll department.

### Holiday Pay
Employees will be paid six holidays after the completion of their (90) ninety-day trial period. They are:
- New Year's Day

DEFENDANT'S EXHIBIT B

## Handbook Receipt and Acknowledgement

I understand that this Employee Handbook, dated April 1, 2006, has been given to me as a guide to some of the basic policies of the Company. I understand that the Handbook is not intended to include all policies or practices of the Company, and the Company reserves the right to modify any, or all, of its policies or practices at its own discretion. Depending upon the circumstances of a particular situation, the Company's actions may vary from written policy.

I understand that the content of this Handbook does not constitute the terms of a contract of employment and that employment is on an "at-will" basis in accordance with Florida Law. Nothing in this Handbook will be interpreted to mean that I am or will be required to remain in the employment of the Company, should I decide to unilaterally resign my employment for whatever reason I think appropriate. Similarly, nothing in this Handbook will be interpreted to mean that the Company is or will be required to continue to employ me, should it desire to unilaterally terminate my employment for whatever reason it deems appropriate.

I have received a copy of the Allstar Handbook, and I understand that it is my responsibility to read and comply with the policies and procedures of the Company, including those outlined in the Handbook and any revisions made to it. I also understand that I work in a drug-free workplace, and I am aware of the rules, definitions, and procedures outlined in this Handbook. I will comply with the procedures and work to enforce these policies. I also commit to making Allstar Building Materials, Ltd. a great place to work.

Employee Name (print): __Joshua Weaver__

Employee Signature: __Joshua W____       Date: __9-28-06__

Witness: __Clara H____       Date: __9-28-06__

Allstar Building Materials, Ltd.   *Employee Handbook*   Page 1 of 1



DEFENDANT'S EXHIBIT C

DEFENDANT'S EXHIBIT D
ALL-STATE LEGAL®



